UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FIRST UNITED PENTECOSTAL CHURCH,**<br>**Plaintiff** | **CIVIL ACTION: 2:19-CV-1654**<br><br>**JUDGE JAMES D. CAIN, JR.** |
| versus | **MAGISTRATE KATHLEEN KAY** |
| **CHURCH MUTUAL INSURANCE COMPANY,**<br>**Defendant** | |

## MEMORANDUM IN SUPPORT

**MAY IT PLEASE THE COURT:**

Plaintiff and Defendant settled this matter in November 2021. A 60 Day Judgment of Dismissal was issued by the Court at Rec. Doc. 45.

The settlement funds were paid by Defendant, by check. When the check was sent to Plaintiff's counsel, a Receipt and Release Agreement was enclosed in the mailing. The mailing also contained a letter asking that Plaintiff sign the Receipt and Release Agreement before negotiating the check. Counsel for Plaintiff has not yet returned the signed Receipt and Release Agreement to undersigned counsel. Undersigned counsel has asked for the Receipt and Release Agreement to be provided, on several occasions. With the above in mind, Defendant asks the Court to enforce the settlement between Plaintiff and Defendant and require Plaintiff to sign and return the Receipt and Release Agreement that was provided to Plaintiff's counsel with the settlement check.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify I am electronically filing the foregoing with the Clerk of this Court by using the CM / ECF system, which will send an electronic notice of this filing and an electronic copy of this document to all counsel / parties of record, this 12TH day of April, 2022.<br><br>/s/ Laken N. Davis | Respectfully submitted:<br><br>BEAHM & GREEN<br><br>/s/ Laken N. Davis<br>**DANIEL A. WEBB (# 13294)**<br>**LAKEN N. DAVIS (#33796)**<br>145 Allen Toussaint Blvd.<br>Suite 400<br>New Orleans, Louisiana 70124<br>Phone: (504) 288-2000<br>Fax:    (504) 529-7197<br>E-mail: dwebb@beahm.com<br>E-mail: ldavis@beahm.com |